IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NICOLE HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  2:22-cv-2713-SHM/cgc |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MEMPHIS LIGHT GAS & WATER, and NATIONAL CREDIT SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

Before the Court is the September 1, 2023 joint stipulation of dismissal with prejudice of Plaintiff Nicole Hill and of Defendants Experian Information Solutions, Inc., Trans Union LLC, Memphis Light Gas & Water, and National Credit Systems, Inc. (D.E. 63).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal, this action is DISMISSED WITH PREJUDICE as to Defendant Experian Information Solutions, Inc. with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

IT IS SO ORDERED this 1st day of September, 2023.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE