IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **NICOLE HILL,** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**EQUIFAX INFORMATION** )<br>**SERVICES, LLC, EXPERIAN** )<br>**INFORMATION SOLUTIONS, INC.** )<br>**TRANS UNION, LLC, MEMPHIS** )<br>**LIGHT GAS AND WATER, and** )<br>**NATIONAL CREDIT SYSTEMS, INC.,** )<br> )<br>**Defendants.** ) | Case No. 2:22-cv-2713-SHM/cgc |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's and remaining Defendants Trans Union, LLC, Memphis Light Gas & Water, and National Credit Systems, Inc.'s September 19, 2023 joint stipulation of dismissal with prejudice of each claim and count asserted against Defendants Trans Union, LLC and Memphis Light Gas & Water (D.E. 66). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation of dismissal, this action is DISMISSED WITH PREJUDICE against Defendants Trans Union, LLC and Memphis Light Gas & Water with Plaintiff and Defendants Trans Union, LLC and Memphis Light Gas & Water to bear their own attorney's fees, costs and expenses.

IT IS SO ORDERED this 25th day of September, 2023.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE