UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**NICOLE HILL,**

    **Plaintiff,**

v.                                        **Case No. 2:22-cv-02713-SHM-cgc**

**NATIONAL CREDIT SYSTEMS, INC.,**

    **Defendant.**

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed January 3, 2025.


# APPROVED:

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*January 3, 2025*                             WENDY R. OLIVER
DATE                                           CLERK

                                                    JAIRO MENDEZ
                                                    (By) DEPUTY CLERK